UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEKA INVESTMENT, DEKA INTERNATIONAL (IRELAND) LIMITED, DEKA INTERNATIONAL S.A. LUXEMBURG, AND DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MBH

    Plaintiffs,

-against-

VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO,

    Defendants.

No.

JURY TRIAL DEMANDED

07 CIV 7776

---

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Deka Investment GmbH ("DI"), formerly Deka Deutsche Kapitalanlagegesellschaft GmbH; Deka International (Ireland) Limited ("DII"); Deka International S.A. Luxemburg ("DIL"); and Deka Fundmaster Investmentgesellschaft mbH ("DFM") (collectively, "Plaintiffs") certifies that (1) DI, DII, DIL and DFM are subsidiaries of DekaBank Deutsche Gironzentrale; and (2) there is no publicly-held corporation that owns more than 10% of DI, DII, DIL or DFM.

The undersigned, counsel of record for Plaintiffs, certifies that they are not aware of any interested parties other than those participating in the case.

Dated:  New York, NY
         August 31, 2007

**GRANT & EISENHOFER P.A.**

By: /s/ James J. Sabella
    Stuart M. Grant (SG-8157)
    James J. Sabella (JS-5454)
    Diane Zilka (DZ-9452)
    Christine M. Mackintosh
    485 Lexington Avenue
    29th Floor
    New York, NY  10017
    (646) 722-8500

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone:  (786) 235-5000
Facsimile:  (786) 235-5005

*Attorneys for Plaintiff*