UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

No. 02 Civ. 5571 (RJH)

This Document Relates To:

| | |
|---|---|
| 07 Civ. 7778 | 07 Civ. 7776 |
| 07 Civ. 8208 | 07 Civ. 7779 |
| 07 Civ. 9593 | 07 Civ. 7803 |
| 08 Civ. 1938 | 07 Civ. 11485 |
| | 08 Civ. 01985 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF CHRISTINE M. MACKINTOSH

**ORDERED** that the motion for admission of Christine M. Mackintosh to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Christine Mackintosh may appear *pro hac vice* and participate in this case as counsel for Plaintiffs for all purposes, including but not limited to, pleadings, arguments, pretrial proceedings, and the trial of this action.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 6/3, 2008

_____
The Honorable Richard J. Holwell