## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I caused a true and correct copy of the Memorandum of Law of Certain Plaintiffs in the Individual Actions in Opposition to Class Plaintiffs' "Motion Regarding Misleading Mass Mailing Sent to French Class Members"; Declaration of James J. Sabella; and Declaration of Alexander Reus to be served upon the following by email and by electronic filing using the CM/ECF system:

Arthur N. Abbey, Esq.
Abbey Spanier Rodd & Abrams LLP
212 East 39th Street
New York, NY 10016

Michael Spencer, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Brian C. Kerr, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

Michael L. Calhoon, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2400

John A. Kehoe, Esq.
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

William H. Narwold, Esq.
Motley Rice LLC
One Corporate Center
20 Church Street
Hartford, CT 06103

Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Paul Saunders, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Michael J. Malone, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Anthony Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Vincent R. Cappucci, Esq.
Entwistle & Cappucci LLP
280 Park Avenue
New York, NY 10017

_____
James J. Sabella (JS 5454)